UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 18-23030-JNP |
| | Chapter: 7 |
| Esther L. Visosky | Judge: Jerrold N. Poslusny Jr. |

### NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on February 26, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$80,000.00  138 Heathercroft Drive Egg Harbor Township, NJ 08234

Liens on property:

$128,065.38  Specialized Loan Servicing, LLC

Amount of Equity claimed as exempt:

$0

Objections must be served on, and requests for additional information directed to:

Name: <u>Douglas S. Stanger</u>

Address: <u>646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221</u>

Telephone No. <u>(609) 645-1881</u>

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-23030-JNP
Esther L. Visosky                                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jan 24, 2019
                              Form ID: pdf905          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2019.
```
db            +Esther L. Visosky,    138 Heathercroft Drive,     Egg Harbor Township, NJ 08234-4620
517617778      Aegis Sciences Corporation,     c/o Frost Arnett Company,     PO Box 1280,    Oaks, PA 19456-1280
517617779     +Back 2 Life Back in Five,     c/o Allied Collection Service,     9301 Oakdale Avenue, Suite 205,
                Chatsworth, CA 91311-6547
517617780      Bottom Line Books,    PO Box 37948,    Boone, IA 50037-0948
517617781      Bottom Line, Inc.,    c/o North Shore Agency,     PO Box 9205,    Old Bethpage, NY 11804-9005
517656984      Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
517617784      Credit Acceptance Corporation,     PO Box 5070,    Southfield, MI 48086-5070
517617785      Credit First National Association,     PO Box 81315,    Cleveland, OH 44181-0315
517617786     +David Kalter, M.D.,    c/o Law Offices of Alan M. Kamel,     1207 East Grand Street, 3rd Floor,
                Elizabeth, NJ 07201-2328
517617787     +Eric S. Kershenblatt, P.C.,     48 South New York Road,    Suite B-5,    Galloway, NJ 08205-9676
517617789     +FBCS, Inc.,    330 S. Warminster Road, Suite 353,     Hatboro, PA 19040-3433
517617790      FC&A,    PO Box 2062,    Peachtree City, GA 30269-0062
517617791     +Fernando Delasotta, M.D.,     PO Box 365,    Linwood, NJ 08221-0365
517617792     +First Care,    1907 New Road,    Northfield, NJ 08225-1544
517617793     +Heather Croft Condo Association, Inc.,      PO Box 247,    Pleasantville, NJ 08232-0247
517617794     +Highlights Puzzle Club,     PO Box 5381,    Harlan, IA 51593-0881
517625778     +Inform Diagnostics, Inc,     Post Office Box 841830,    Dallas, Texas 75284-1830
517617795      Jefferson Capital System,     16 McLeod Road,    Saint Cloud, MN 56303
517617796      LabPro, Inc.,    PO Box 5988, Department 20-5019,     Carol Stream, IL 60197-5988
517625777     +Lakeview Dental Care of Linwood,     214 New Road,    Linwood, New Jersey 08221-1214
517617800     +Miraca Life Sciences,     PO Box 841830,    Dallas, TX 75284-1830
517617801     +Mobiloans,    PO Box 1409,    Marksville, LA 71351-1409
517617802     +Natiionwide Recovery Service,     545 W. Inman Street,    Cleveland, TN 37311-1768
517617806      Publisher's Clearing House,     PO Box 6344,    Harlan, IA 51593-1844
517656986     +QVC,    PO Box 2254,    West Chester, PA 19380-0153
517656985      Quality Readers Service,     PO Box 771747,    Lakewood, OH 44107-0067
517656987      Rita Kammiel & Associates,     707 White Horse Pike,    Suite A3,    Absecon, NJ 08201-1459
517617807     +Santander Consumer USA,     P.O. Box 961245,    Fort Worth, TX 76161-0244
517617808      Shore Medical Center,     PO Box 42972,    Philadelphia, PA 19101-2972
517662166     +South Jersey Gas Company,     PO Box 577,    Hammonton, NJ 08037-0577
517617809      Specialized Loan Servicing, LLC,     PO Box 636005,    Littleton, CO 80163-6005
517617810      Spotloan,    PO Box 927,    Palatine, IL 60078-0927
517617811     +Target Finance, LLC,    PO Box 581,    Hays, MT 59527-0581
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 24 2019 22:36:36       U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 24 2019 22:36:35        United States Trustee,
                Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517617782      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 24 2019 22:32:03        Capital One Bank,
                Post Office Box 30285,    Salt Lake City, UT 84130-0285
517656983      E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jan 24 2019 22:36:42         Comcast,
                1701 JFK Boulevard,    Philadelphia, PA 19103-2899
517617788     +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jan 24 2019 22:32:22        Exeter Finance, LLC,
                PO Box 166097,    Irving, TX 75016-6097
517617797     +E-mail/Text: bkr@cardworks.com Jan 24 2019 22:36:22       Merrick Bank,    PO Box 9201,
                Old Bethpage, NY 11804-9001
517617798     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 24 2019 22:36:35        Midland Credit Management,
                2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
517617799     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 24 2019 22:36:35        Midland Funding, LLC,
                PO Box 60578,    Los Angeles, CA 90060-0578
517617803     +E-mail/Text: bankruptcypgl@plaingreenloans.com Jan 24 2019 22:36:41        Plain Green, LLC,
                93 Mack Road, Suite 600,    PO Box 270,    Box Elder, MT 59521-0270
517617805     +E-mail/Text: BankruptcyNotices@pods.com Jan 24 2019 22:36:49        Pods Enterprises, LLC,
                13535 Feather Sound Drive,    Clearwater, FL 33762-2259
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517617783*     Capital One Bank,    Post Office Box 30285,    Salt Lake City, UT 84130-0285
517617804*    +Plain Green, LLC,    93 Mack Road, Suite 600,    PO Box 270,    Box Elder, MT 59521-0270
                                                                                               TOTALS: 0, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Jan 24, 2019
                               Form ID: pdf905          Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    GMAT Legal Title Trust 2013-1, U.S. Bank National
           Association, as Legal Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
           dss@trustesolutions.net
          Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          Kevin Gordon McDonald    on behalf of Creditor    GMAT Legal Title Trust 2013-1, U.S. Bank National
           Association, as Legal Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Robert A. Loefflad    on behalf of Debtor Esther L. Visosky rloefflad@ffhlaw.com, ghuie@ffhlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6
```